IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | 8:17CV155<br><br>**ORDER** |

Plaintiff has submitted a motion to proceed in forma pauperis. ([Filing No. 2](#).) Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED** that Plaintiff's motion to proceed in forma pauperis ([Filing No. 2](#)) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

Dated this 5th day of May, 2017.

                 BY THE COURT:

                 s/ Susan M. Bazis
                 United States Magistrate Judge