IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RUTH RICHTER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:17CV155 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| U.S. SOCIAL SECURITY ADMINISTRATION, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

  Plaintiff has sent two letters to the court containing more allegations against Defendant. At this point, Plaintiff's "Complaint" consists of her Complaint (Filing No. 1), Amended Complaint (Filing No. 11), and Supplement (Filing No. 12), and summons containing these pleadings have been issued to Defendant. (Filing No. 15.) Because Plaintiff has not moved for, nor has been granted, leave to amend her Complaint pursuant to Nebraska Local Civil Rule 15.1 to include the allegations contained in the letters, such letters shall not be filed or docketed as any part of Plaintiff's Complaint.

  To the extent such letters are intended to be "evidence," Plaintiff will have an opportunity to present evidence in response to, or in support of, motions that have yet to be filed, and Plaintiff should stop sending correspondence of this nature to the court until that time. Accordingly,

  IT IS ORDERED:

  1. The two letters attached to this Memorandum and Order shall not be filed as separate documents and shall not be considered as complaints, motions, or evidence in this matter; and

2. Until the submission of evidence is necessary in response to, or in support of, motions that have yet to be filed, Plaintiff should stop sending correspondence of this nature to the court.

DATED this 4th day of October, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER, Plaintiff, v. U.S. SOCIAL SECURITY ADMINISTRATION. | Case: 8:17 CV 00155 Additional Evidence Information for Plaintiff's cause |

After all three written on proper form requesting a inperson conference on the overpayment matter and no conference scheduled plaintiff filed the third try on that proper form to get an ALJ hearing. Plaintiff both in writing and oral (over the phone) asked to be sent the form for an expedited ALJ hearing as it had already been so long that plaintiff had not only not had the SSI benefits which she qualified with S.S.A. in 1984 as a disabled person but also when plaintiff requalified in the fall of 2016 as a person 65 (actually over 65) SSA from the first payment to me - witheld 10% and each month there after to payback the overpayment even though I was appealing in away on the start of Round 2 SSI. SSA refused to send me the expediated form for an ALJ hearing. I was told by SSA I had to "wait your turn" as "there were others before you. Just how many "others" were before me from first appeal in 1999? Plaintiff wonders. AS so plaintiff waited further to have her case scheduled.

DATED: October 2, 2017

BY,
Ruth Richter Plaintiff
5644 Leavenworth St.
Omaha NE 68106-1236
(402) 968 2951

RECEIVED
OCT 4 - 2017
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER, Plaintiff, v. U.S. SOCIAL SECURITY ADMINISTRATION, Defendant. | Case: 8:17 CV 00155<br><br>Further Informational Evidence to back up plaintiff's cause |

Plaintiff always wrote to the local (here in Omaha) NE when she needed forms or had questions. It was impossible to get through to local office on phone. I wrote that I wanted a reconsideration form — more than once to local SSA office, — never got that form so I had to call the 800 SSA phone number to get forms which of course added to the delay to get something scheduled. The very next day after I got form I would send it in to local though it made no difference getting a conference scheduled. Same goes true for getting the form for ALJ hearing when my written request sent to local. After 3 weeks no ALJ hearing form sent back to 800 number just to get that specific form. Got ALJ hearing form — mailed to local SSA — waited. sidebar — my written questions were never answered by local SSA office — my written questions to the Office of Disability Adjudication and Review (also here in Omaha NE) were not answered. Local and the latter office both in print state if you have questions ask us. Plaintiff's many letters should be on file with local and Disabil./Adj. offices.

DATED: October 2, 2017

Ruth Richter - Plaintiff
5644 Leavenworth St.
Omaha NE 68106-1236
(402) 968 2951

R. RICHTER
5644 Leavenworth St.
Omaha, NE 68106-1236

RECEIVED
OCT - 4 2017
CLERK
U.S. DISTRICT COURT

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza - Suite 1152
Omaha, NE 68102-1322

6810281322