IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RUTH RICHTER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:17CV155 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| U.S. SOCIAL SECURITY ADMINISTRATION, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Judgment was entered in this case on February 26, 2018, in favor of Defendant and against Plaintiff. (Filing Nos. 25 & 26.) Since that time, Plaintiff has filed a letter (Filing No. 27) and four motions (Filing Nos. 28, 29, 30, 31) complaining that the United States Attorney General did not respond to a summons and did not submit information to the court, thereby depriving Plaintiff of "a fair hearing and Order."

As Plaintiff was advised on February 26, 2018, she may appeal this court's decision by filing a Notice of Appeal in this court within 60 days of the date judgment was entered against her.[1] If Plaintiff wishes to appeal this court's decision without the prepayment of the appellate filing fee, she should file a Notice of Appeal, a Motion for Permission to Appeal In Forma Pauperis, and a Financial Affidavit supporting the Motion for Permission to Appeal In Forma Pauperis. These forms may be found on the court's website at http://ned.uscourts.gov/forms. Plaintiff should file no further letters or motions in this case other than the documents specified in this paragraph or motions related thereto.

Accordingly,

---

[1] Plaintiff is allowed 60 days to file a notice of appeal because one of the parties is an agency of the United States. Fed. R. App. P. 4(a).

IT IS ORDERED:

1. Plaintiff's Motion for Reconsideration (Filing No. 28), Motion for Default Judgment (Filing No. 29), Motion for Sanctions (Filing No. 30), and Application for Contempt Citation (Filing No. 31) are denied;

2. If Plaintiff wishes to appeal this court's judgment dated February 26, 2018, she is advised to file a Notice of Appeal in this court within 60 days of the date judgment was entered against her;

3. If Plaintiff wishes to appeal this court's decision without the prepayment of the appellate filing fee, she should file a Notice of Appeal, a Motion for Permission to Appeal In Forma Pauperis, and a Financial Affidavit supporting the Motion for Permission to Appeal In Forma Pauperis. These forms may be found on the court's website at http://ned.uscourts.gov/forms; and

4. Plaintiff should file no further letters or motions in this case other than the documents specified in paragraph (3) above or motions related thereto.

DATED this 19th day of March, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge