IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RUTH RICHTER, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CV155 |
| v. | ) | |
| | ) | **ORDER** |
| U.S. SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Plaintiff has filed an Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 39). However, proceedings in this court have been completed, and this case is now on appeal in the Eighth Circuit Court of Appeals. (*See* Filing Nos. 25 & 26 (Memorandum, Order, and Judgment dated February 26, 2018); Filing Nos. 33, 34, 36, 37, 38 (appeal documents and scheduling letter).) As noted in the court's prior order (Filing No. 35), Plaintiff was entitled to proceed on appeal in forma pauperis, and she has done so. Accordingly,

IT IS ORDERED that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 39) is denied as moot.

DATED this 5th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge